IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHELLE LYNN BIGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-742-D |
| MARTIN O'MALLEY,[1] Commissioner of Social Security, | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 [Doc. No. 13]. Plaintiff seeks an award of fees in the amount of $5,321.70 to compensate her attorney for legal services provided in the case (21.9 hours of attorney time). Plaintiff is the prevailing party in this action under 42 U.S.C. § 405(g) by virtue of the Order of Remand [Doc. No. 11] and Judgment [Doc. No. 12] entered November 14, 2023. Defendant has responded by stating that he does not contest an award of attorney fees of $5,321.70 payable to Plaintiff, consistent with *Astrue v. Ratliff*, 560 U.S. 586, 595-98 (2010), *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007), and *Brown v. Astrue*, 271 F. App'x 741, 743-44 (10th Cir. 2008). *See* Def.'s Resp. [Doc. No. 16] at 2.

---

[1] Mr. O'Malley became the Commissioner of Social Security on December 20, 2023. *See* Def.'s Resp. [Doc. No. 16] at 1 n.1. Under FED. R. CIV. P. 25(d), he is "automatically substituted as a party."

After consideration of the law and the case record, and accepting the representations in Defendant's Response, the Court finds: (1) the Commissioner's position in the case was not substantially justified; (2) Plaintiff is entitled to an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d); and (3) the amount of fees is reasonable.

**IT IS THEREFORE ORDERED** that Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 [Doc. No. 13] is **GRANTED**. The Court orders an award of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act in the amount of $5,321.70. Should an additional fee award under 42 U.S.C. § 406(b) subsequently be authorized, Plaintiff's attorney shall refund the smaller amount to Plaintiff as required by *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 1st day of February, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge